UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60701-CIV-ROSENBAUM

PHILIP J. VON KAHLE, SUCCESSOR
RECEIVER OF PROFESSIONAL
RESOURCES SYSTEMS INTERNATIONAL,
INC.,

        Plaintiff,

v.

AMERICAN MANUFACTURERS MUTUAL
INSURANCE COMPANY,

        Defendant.
_____/

## ORDER

This matter is before the Court upon Defendant American Manufacturers Mutual Insurance Company's Unopposed Motion to Stay [D.E. 19]. In its Motion, Defendant seeks a stay of this action and "relief from Defendant's briefing obligation concerning Plaintiff's Motion for Partial Summary Judgment." D.E. 19 at 1. In support of its Motion, Defendant directs the Court to an Agreed Order of Rehabilitation entered on July 2, 2012, by the Circuit Court of Cook County, Illinois, County Department, Chancery Division, concerning Defendant. This Order places Defendant in rehabilitation under the laws of the state of Illinois. The appointed Rehabilitator of Defendant, among other functions, is to determine how, if at all, Defendant should proceed in pending litigation. Because the Rehabilitator has not decided yet how to proceed in the instant case, Defendant seeks a stay of the proceedings and an order relieving it of its obligation to respond to Plaintiff's pending Motion for Partial Summary Judgment.

Based on the recent appointment of the Rehabilitator of Defendant and Plaintiff's lack of objection, the Court finds good cause to stay the proceedings for thirty days and to extend the briefing schedule to allow the Rehabilitator to determine how to proceed in this case. Accordingly, it is hereby **ORDERED** that Defendant American Manufacturers Mutual Insurance Company's Unopposed Motion is **GRANTED**.

This matter shall be stayed for thirty days, until **August 6, 2012**. **At that time, should Defendant wish to proceed with this litigation, Defendant's response to Plaintiff's Motion for Partial Summary Judgment [D.E. 12] shall be due.** Defendant is advised that the Court is unlikely to stay the litigation again based solely on the grounds set forth in Defendant's Unopposed Motion for Stay [D.E. 19]. Accordingly, should Defendant wish to proceed with this litigation, it must file its response to Plaintiff's Motion for Partial Summary Judgment by **August 6, 2012**. Plaintiff shall have until **August 17, 2012,** to file a reply brief in support of its Motion for Partial Summary Judgment.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 6th day of July 2012.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record